AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 20, 2024

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| AARON R. | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |

Civil Action No.   1:24-CV-3045-TOR

MARTIN O'MALLEY, Commissioner of Social Security
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   Plaintiff's Motion for Summary Judgment (ECF No. 9) is DENIED. Defendant's Motion for Summary Judgment (ECF No. 10) is GRANTED.
JUDGMENT in favor of Defendant.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   THOMAS O. RICE _____ on cross motions for Summary Judgment.

Date:   8/20/2024 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Wendy Kirkham _____
*(By) Deputy Clerk*

Wendy Kirkham _____